# THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE |
|---|---|---|---|
| CASE TYPE<br>N400  Application For Naturalization | | | November 15, 2004 |
| | | | INS A#<br>A 047 141 681 |
| APPLICATION NUMBER<br>LIN*000719133 | RECEIVED DATE<br>November 08, 2004 | PRIORITY DATE<br>November 08, 2004 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
VALENTINAS BOHAREVICIUS
7939 CHESTERTON CT
WOODRIDGE IL 60517

PAYMENT INFORMATION:

Single Application Fee: $390.00
Total Amount Received: $390.00
Total Balance Due: $0.00

**JUDGE GRADY**
**MAGISTRATE JUDGE VALDEZ**

**07 C 6740**

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:          April 03, 1952
Address Where You Live: 7939 CHESTERTON CT
                        WOODRIDGE IL 60517

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
PO BOX 87400
LINCOLN NE 68501-

INS Customer Service Number:
(800) 375-5283

APPLICANT COPY

LIN$000672926


EXHIBIT A-1

Form I-

PERMANENT RESIDENT CARD
NAME BOHAREVICIUS, VALENTINAS
INS A# 047-141-681
Birthdate   Category   Sex
04/03/52    DV1        M
Country of Birth
Lithuania
CARD EXPIRES 02/28/10
Resident Since 01/13/00

C1USA0471416819SRC0010653967<<
5204032M1002285LTU<<<<<<<<<<6
BOHAREVICIUS<<VALENTINAS<<<<<<

EXHIBIT
A-2

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

A#: 4714681

On  2-24-05 , you were interviewed by USCIS officer  (CHZMIRASCI)

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the intructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ✓ **A decision cannot yet be made about your application.**

**It is very important that you:**

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

EXHIBIT A-3