

# DEPARTMENT OF HOMELAND SECURITY
## U.S. Citizenship and Immigration Service
## Chicago District Office

**STATUS INQUIRY FORM**

**07 C 6740**

JUDGE GRADY
MAGISTRATE JUDGE VALDEZ

DATE: 9/23/05

## CORRESPONDENCE DETAILS

**On Behalf of (Applicant):**

A Number: 47141681

Name: Boharevicious, Valentinas
Last    First    Middle

Mailing Address: 7930 West Wilson ct  448 E. Sixth St.  Apt #

City: ~~Hinsdale~~ Woodridge  State: ILL  Zip Code: ~~60521~~ 60517

Daytime Phone Number: (630) 915-3298

Country of Birth: Lithuania  Date of Birth: April 3, 1952

☐ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

**Type of inquiry:**
☐ Applicant  ☐ Attorney  ☐ CBO

Name: _____
Last    First    Middle

Firm / Organization: _____

Mailing Address: _____

Suite # or Apt. # : _____

City: _____ State: _____ Zip Code: _____

Phone No.: _____

## CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

Class: **GENERAL**    Request Type (check all that apply): ☐ Address Change  ☒ General  ☐ Received Documents

Type of Application (check one):  ☐ Adjustment of Status  ☒ Citizenship

FORM FILED (check boxes below that apply):    DATE APPLICATION FILED: Nov. 8, 2004
☐ I-130  ☐ I-485  ☐ I-751  ☐ I-765  ☐ I-824
☐ N-336  ☒ N-400  ☐ N-565  ☐ N-600  ☐ N-643  ☐ Other: _____

REQUEST RESCHEDULE FOR (check one): ☐ Interview  ☒ Oath  ☐ Fingerprinting

Additional Comments: Need status of application and when oath ceremony is likely to occur.

*** INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

*** CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: Valentinas Boharevic    Date: 9/23/05

*** MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL. 60690
CU Revised 08/14/03

EXHIBIT B-1

**DEPARTMENT OF HOMELAND SECURITY**
U. S. Citizenship and Immigration Service
Chicago District Office

Rec'd 11-29-05

# STATUS INQUIRY FORM

DATE: 11-29-05

## CORRESPONDENCE DETAILS

On Behalf of (Applicant):

A Number: 027141681

Name: BONAREVICIUS  VALENTINAS
   Last           First           Middle

Mailing Address: 7938 CHESTERTON Apt # C1

City: Woodridge   State: IL   Zip Code: 60517

Daytime Phone Number: 630-915-3298

Country of Birth: LITHUANIA   Date of Birth: 04-03-52

☐ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
☐ Applicant   ☐ Attorney   ☐ CBO

Name: _____  _____  _____
      Last     First    Middle

Firm / Organization: _____

Mailing Address: _____

Suite # or Apt. # : _____

City: _____  State: _____ Zip Code _____

Phone No.: _____

## CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

Class: **GENERAL**   Request Type (check all that apply): ☐ Address Change  ☒ General  ☐ Received Documents

Type of Application (check one):   ☐ Adjustment of Status   ☒ Citizenship

FORM FILED (check boxes below that apply):   DATE APPLICATION FILED: Nov. 8. 2004

☐ I-130   ☐ I-485   ☐ I-751   ☐ I-765   ☐ I-824

☐ N-336   ☒ N-400   ☐ N-565   ☐ N-600   ☐ N-643   ☐ Other: _____

REQUEST RESCHEDULE FOR (check one):   ☐ Interview   ☒ Oath   ☐ Fingerprinting

Additional Comments: Need status of appl case and when oath ceremony is likely to occur.

---

*** INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

*** CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: Valentinas Bonarev___   Date: 11-29-05

*** MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL. 60690
CU Revised 08/14/03

EXHIBIT B-2