JUDY BIGGERT
13TH DISTRICT, ILLINOIS

COMMITTEES:
EDUCATION AND THE WORKFORCE
FINANCIAL SERVICES
SCIENCE
STANDARDS OF OFFICIAL CONDUCT



## Congress of the United States
### House of Representatives
Washington, DC 20515-1313

WASHINGTON, DC OFFICE:
1317 LONGWORTH HOUSE OFFICE BUILDING
(202) 225-3515
FAX: (202) 225-9420

ILLINOIS OFFICE:
6262 SOUTH ROUTE 83
SUITE 305
WILLOWBROOK, IL 60527
(630) 655-2052
FAX: (630) 655-1061
http://judybiggert.house.gov

Date:   March 16, 2006

To:     Christopher Cole
        Congressional Legislative Affairs Office

**07 C 6740**

**JUDGE GRADY**
**MAGISTRATE JUDGE VALDEZ**

From:   Lydia Litwin
        Staff Assistant
        Office of U.S. Representative Judy Biggert
        6262 S. Route 83, Suite 305
        Willowbrook, IL 60527
        Fax:  630-655-1061
        Tel:  630-655-2052

Re:     National Name Check Program

The following individuals have been informed by the USCIS that their cases are pending background security clearances from the FBI. I would appreciate if you could confirm the current status of their security checks by indicating when the FBI received the names from the USCIS and if cleared, when and where the report was sent.

Valentinas Boharevicius        A 097 141 681        DOB  04/03/1952

Thank you for your assistance in this matter.

EXHIBIT
C-1

# Litwin, Lydia

**From:** FBINNCP Email ▓▓▓▓▓▓▓▓
**Sent:** Friday, April 28, 2006 2:33 PM
**To:** Litwin, Lydia
**Subject:** Name Check Status

Dear Ms. Litwin:

I am responding to your facsimile inquiry received on March 16, 2006, concerning the name check status of several individuals for immigration purposes.

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning ▓▓▓▓▓▓▓▓▓▓▓▓ revealed that a request was received from the United States Citizenship and Immigration Services (USCIS) on ▓▓▓▓▓▓▓▓, and was processed and finalized ▓▓▓▓▓▓▓▓. The results were forwarded to the USCIS Headquarters, Washington, D.C.

The following individuals' requests were received from the USCIS and are currently in a pending status: ▓▓▓▓▓▓▓▓'s request was received on ▓▓▓▓▓▓▓▓; ▓▓▓▓▓▓▓▓ request was received on ▓▓▓▓▓▓▓▓; ▓▓▓▓▓▓▓▓ request was received on ▓▓▓▓▓▓▓▓, and Valentinas Boharevcius' request, A# 047 141 681) was received on November 26, 2004. The FBI is sensitive to the impact of the delays in processing name check requests. At the same time, the consequences of the FBI's mission on homeland security requires that our name check process be primarily focused on an accurate and thorough result. Please be assured that the immigration authorities will be advised at the earliest possible date upon completion of this case.

I trust this information will assist you in responding to your constituents. In the event that you require further assistance, please do not hesitate to contact the FBI's Office of Congressional Affairs at (202) 324-5051.

Sincerely,

Michael A. Cannon/gmg
Section Chief
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation

1

BARACK OBAMA
ILLINOIS

COMMITTEES:
ENVIRONMENT AND PUBLIC WORKS
FOREIGN RELATIONS
VETERANS' AFFAIRS

# United States Senate
WASHINGTON, DC 20510

November 2, 2006

Valentinas Boharevicius
7939 Chesterton Ct.
Woodridge, Illinois 60517

Dear Ms. Boharevicius:

In response to Senator Obama's inquiry on your behalf, we have received the enclosed reply from the Chicago District Office.

I have attached the response of Ruth Dorochoff, District Director. Her letter outlines the agency response to our inquiry.

Please feel free to contact our office in the future if you need assistance in other matters of federal concern.

Sincerely,

Jenna Pilat
Jenna Pilat
Constituent Services Agent

Office of U.S. Senator Barack Obama
230 S. Dearborn, Suite 3900
Chicago, IL 60604

WASHINGTON OFFICE    CHICAGO OFFICE    SPRINGFIELD OFFICE    MARION OFFICE

EXHIBIT C-2

October 27, 2006

The Honorable Barack Obama
230 S. Dearborn, Suite 3900
Chicago, IL 60604

Attn: Jenna Pilat

Re: A#47 141 681 – Boharevicius, Valentinas

Dear Senator Barack Obama,

The United States Citizenship and Immigration Services (USCIS) Chicago District Office is responding to your inquiry. Our information shows that the background investigation conducted by the Federal Bureau of Investigations (FBI) for your client has not yet been completed. We may not proceed with the adjudication of the application or petition until the FBI completes their process and our records are updated with the results. It is uncertain the time-period it takes for the results to be electronically submitted to USCIS and updated in our national records.

We understand your frustration in the delaying of the decision, however, in order to fulfill USCIS mission to provide immigration benefits and services to the public, we must balance our obligations to the individual applicant against our obligations to the public, as a whole. While we strive to process applications timely and fairly, we must also ensure that our policies and procedures will safeguard the public. Consequently, we have adopted background security check procedures that address a wide range of possible risk factors, requiring various levels of scrutiny based on the type of application under consideration.

Given the number of applications submitted and the significance of immigration benefits, it is inevitable that some applications will require more attention than others. USCIS relies primarily on three background check mechanisms: the Interagency Border Inspection System (IBIS) name check, the FBI fingerprint check, and the FBI name check. For the vast majority of applicants, these mechanisms allow USCIS to quickly determine whether there are any criminal or security related eligibility issues. In the remaining cases, often referred to as "pending," a match of some kind has been identified and must be resolved before any decision can be made on the petition or application. USCIS does not share with applicants or their representative's information regarding the specific nature of the match or the nature or status of any investigation.

Please be assured that every case that is pending a background investigation is checked weekly for results to keep the adjudication process ongoing and timely. We are allowed to resubmit names pending over 90 days only if the name does not appear in the FBI database after 90 days of submission. If requesting an expedite processing of the background investigation your constituent must provide a written request with an