

DEPARTMENT OF HOMELAND SECURITY U.S.
Citizenship and Immigration Service
Chicago District Office

JUN 28 2007

# STATUS INQUIRY FORM

DATE:   June 28, 2007

**CORRESPONDENCE DETAILS**

On Behalf of (Applicant):

A Number: _____ **A047 141 681**

(COPY)

Name: **BOHAREVICIUS,    VALENTINAS**
       Last              First        Middle

Mailing Address:   7939 CHESTERTON COURT

City:   WOODRIDGE   State: IL   Zip Code: 60517

Daytime Phone Number:   630/915-3298

Country of Birth:   LITHUANIA   Date of Birth: 04/03/1952

**CORRESPONDENCE INFORMATION**

___ Check if telephonic inquiry

Class: GENERAL   Request Type (check all that apply):   ___ Address Change   _ General   ___ Received Documents

___ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
___ Applicant  _X_ Attorney  ___ CBO

Name:   MILLA,    ROBERT
        Last        First       Middle
Firm/Organization:   Kempster, Keller & Lenz-Calvo, Ltd.

Mailing Address:  332 S. Michigan Ave.

Suite # or Apt. #:  1428

City: Chicago   State: IL   Zip Code: 60604

Phone No.:  312-341-9730

Type of Application (check one):      ___ Adjustment of Status   **X** Citizenship

FORM FILED (check boxes below that apply):      DATE APPLICATION FILED: **11/8/2004**

___ I-130      ___ I-485      ___ I-751      ___ I-765      ___ I-824

_ N-336    **X** N-400      ___ N-565      ___ N-600      ___ N-643      Other: _____

REQUEST RESCHEDULE FOR (check one):   ——— Fingerprinting     ___ Interview     **X** Oath

Additional Comments: WE KINDLY REQUEST FOR A FAVORABLE ADJUDICATION OF MR. BOHAREVICIUS' NATURALIZATION APPLICATION. HE SUCCESSFULLY COMPLETED THE NATURALIZATION REQUIREMENTS, BUT HE HAS BEEN TOLD THAT HIS CASE IS STILL BEEN PENDING SECURITY CHECKS SINCE HIS INTERVIEW DATE OF FEBRUARY 24, 2005. WE ASK THAT HE MAY BE SCHEDULED FOR HIS OATH OR AT THE LEAST, AN UPDATE OF HIS CASE. THANK YOU FOR YOUR IMMEDIATE ATTENTION TO THIS MATTER.

***   INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

***   CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature:   Our G-28 is attached._____      Date:   June 28, 2007
**   MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL 60690

CU Revised 08/14/03

EXHIBIT D-1

| U.S. Department of Justice | Notice of Entry of Appearance |
| Immigration and Naturalization Service | as Attorney or Representative |

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: BOHAREVICIUS, Valentinas

Date: 6/27/2007
File No. A 047 141 681

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: BOHAREVICIUS, Valentinas   ☐ Petitioner   ☒ Applicant
                                  ☐ Beneficiary

Address: (Apt. No.)   (Number & Street) 7939 Chesterton Ct.   (City) Woodridge   (State) IL   (Zip Code) 60517

Name:                              ☐ Petitioner   ☐ Applicant
                                   ☐ Beneficiary

Address: (Apt. No.)   (Number & Street)   (City)   (State)   (Zip Code)

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
**Supreme Court of Illinois**
Name of Court
and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

☐ 4. Others (Explain Fully.)

SIGNATURE
NAME (Type or Print)
Robert C. Milla, Esq.

COMPLETE ADDRESS
Kempster, Keller & Lenz-Calvo, LTD.
332 S. Michigan Ave, Suite 1428
Chicago, IL 60604

TELEPHONE NUMBER (312) 341-9730   FAX (312) 341-0399

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*
Robert C. Milla, Esq.
(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

BHOAREVICIUS, Valentinas

Name of Person Consenting: Valentinas Boharevicius
Signature of Person Consenting: /s/ Valentinas Boharevicius
Date: 6/27/07

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y



**DEPARTMENT OF HOMELAND SECURITY U.S.**
Citizenship and Immigration Service
Chicago District Office



AUG 03 2007

STATUS INQUIRY FORM

2nd Request

DATE: August 1, 2007

**CORRESPONDENCE DETAILS**

On Behalf of (Applicant):

A Number: __A047 141 681__

Name: __Boharevicius, Valentinas__
    Last        First        Middle

Mailing Address: __7939 Chesteron Court__

City: __Woodridge__    State: __IL__    Zip Code: __60517__

Daytime Phone Number: __(630) 915 3298__

Country of Birth: __Lithuania__    Date of Birth: __04/03/1952__

**CORRESPONDENCE INFORMATION**

___ Check if telephonic inquiry

Class: __GENERAL__  Request Type (check all that apply): ___ Address Change  _ General  ___ Received Documents

(COPY stamp)

___ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
___ Applicant  _X_ Attorney  ___ CBO

Name: __Milla, Robert__
    Last        First        Middle

Firm/Organization: __Kempster, Keller & Lenz-Calvo, Ltd.__

Mailing Address: __332 S. Michigan Ave.__

Suite # or Apt. #: __1428__

City: __Chicago__ State: __IL__ Zip Code: __60604__

Phone No.: __312-341-9730__

Type of Application (check one):    ___ Adjustment of Status    **X** **Citizenship**

FORM FILED (check boxes below that apply):    DATE APPLICATION FILED: __11/08/2004__

___ I-130    ___ I-485    ___ I-751    ___ I-765    ___ I-824

___ N-336    **X N-400**    ___ N-565    ___ N-600    ___ N-643    Other: _____

**REQUEST RESCHEDULE FOR** (check one):    ___ Fingerprinting    ___ Interview    **X** Oath

Additional Comments: __We kindly request for a favorable adjudication of Mr. Boharevicius' naturalization application. He successfully completed the naturalization requirements, but he has been told that his case is still pending security checks since his interview date of February 24, 2005. We ask that he be scheduled for his oath, or at the least, an update of his case. Thank you for your immediate attention to this matter.__

\*\*\*    INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

\*\*\*    CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: Our G-28 is attached.      Date: __August 1, 2007__

\*\*    MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL 60690

CU Revised 08/14/03

EXHIBIT D-2

| U.S. Department of Justice | Notice of Entry of Appearance |
|---|---|
| Immigration and Naturalization Service | as Attorney or Representative |

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: BOHAREVICIUS, Valentinas

Date: 6/27/2007

File No. A 047 141 681

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: BOHAREVICIUS, Valentinas    [X] Applicant

Address: 7939 Chesterton Ct.    Woodridge    IL    60517

Check Applicable Item(s) below:

[X] 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia **Supreme Court of Illinois** and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

[ ] 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

[ ] 3. I am associated with _____ the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

[ ] 4. Others (Explain Fully.)

SIGNATURE: [signed]

NAME: Robert C. Milla, Esq.

COMPLETE ADDRESS: Kempster, Keller & Lenz-Calvo, LTD.
332 S. Michigan Ave, Suite 1428
Chicago, IL 60604

TELEPHONE NUMBER: (312) 341-9730    FAX: (312) 341-0399

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Robert C. Milla, Esq.

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

BHOAREVICIUS, Valentinas

Name of Person Consenting: Valentinas Boharevicius

Signature of Person Consenting: [signed] Valentinas Boharevicius

Date: 6/27/07

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y