**CEM**

**FILED**
**NOVEMBER 30, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**07 C 6740**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

VALENTINAS BOHAREVICIUS
v.
RUTH A. DOROCHOFF, Chicago District Director of USCIS;
MICHAEL CHERTOFF, Secretary of the U.S. DHS; and
ROBERT S. MUELLER, III, Director of FBI

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JUDGE GRADY**
**MAGISTRATE JUDGE VALDEZ**

VALENTINAS BOHAREVICIUS

| NAME (Type or print) |
|---|
| Robert C. Milla |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Robert C. Milla |
| FIRM |
| Kempster, Keller & Lenz-Calvo, Ltd. |
| STREET ADDRESS |
| 332 S. Michigan Avenue, Suite 1428 |
| CITY/STATE/ZIP |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 26650 | (312) 341-9730 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐