UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VALENTINAS BOHAREVICIUS,    )<br>                                                         )<br>                    Plaintiff,              )<br>                                                         )<br>        v.                                            )<br>                                                         )<br>RUTH A. DOROCHOFF, Chicago District )<br>Director of the Citizenship and Immigration )<br>Services, *et al.*                                )<br>                                                         )<br>                    Defendants.           ) | No.   07 C 6740<br><br>Judge Grady |

### ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Joan Laser
       JOAN LASER
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-1857