IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **VALENTINAS BOHAREVICIUS,**<br><br>            **Plaintiff,**<br><br>v.<br><br>**RUTH A. DOROCHOFF**, Chicago District Director of the Citizenship and Immigration Services; **MICHAEL CHERTOFF**, Secretary of the U.S. Department of Homeland Security; and **ROBERT S. MUELLER, III**, Director of the Federal Bureau of Investigation,<br><br>            **Defendants.** | **CASE NO. 07 C 6740**<br><br>**Judge Grady** |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

      Plaintiff VALENTINAS BOHAREVICIUS, by his undersigned attorney, Robert C. Milla of Kempster, Keller & Lenz-Calvo, Ltd., requests the Court to allow the voluntary dismissal of his Complaint for Mandamus. Plaintiff's N-400 Application for Naturalization was approved on February 1, 2008. Plaintiff attended a naturalization oath ceremony on February 13, 2008 and he is now a citizen of the United States. In support of this Notice, Plaintiff states:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. As of March 13, 2008, Plaintiff has not been served with an answer or a motion for summary judgment from Defendants.

2. The issue in dispute, Plaintiff's application for naturalization, has been resolved.

                                                      Respectfully submitted,

Dated:   March 13, 2008              /s/ Robert C. Milla
                                                       Robert C. Milla
                                                       KEMPSTER, KELLER & LENZ-CALVO, LTD.
                                                       332 S. Michigan Avenue, Suite 1428
                                                       Chicago, IL 60604
                                                       (312) 341-9730
                                                       Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I, Robert Milla, hereby certify that on March 13, 2008, in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), I electronically filed NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) with the Clerk of the Court using the CM/ECF system which will send notice of such filing to:

USAILN.ECFAUSA@usdoj.gov

Joan Laser
Assistant United States Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604
Joan.Laser@usdoj.gov

    /s/ Robert C. Milla_____
Robert C. Milla
KEMPSTER, KELLER & LENZ-CALVO, LTD.
332 S. Michigan Avenue, Suite 1428
Chicago, IL 60604
(312) 341-9730
Attorneys for Plaintiff